USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re                                                     :     Chapter 11
                                                          :
NORTHWEST AIRLINES CORPORATION,                           :     Case No. 05-17930 (ALG)
et al.,                                                   :
                                                          :     (Jointly Administered)
                                           Debtors.       :

---------------------------------------------------------- x

LAZARD FRÈRES & CO., LLC                                  :
                                                          :     District Court
                                  Appellant,              :
                                                          :     Case No. 08-CV-03456 (NRB)
v.                                                        :
                                                          :
DIANA G. ADAMS, UNITED STATES TRUSTEE;                    :
CARVAL INVESTORS, LLC; AND                                :
ASSOCIATION OF FLIGHT ATTENDANTS –                        :
CWA, AFL-CIO,                                             :
                                                          :
                                  Appellees.              :

---------------------------------------------------------- x

OFFICIAL COMMITTEE OF UNSECURED                           :
CREDITORS OF NORTHWEST AIRLINES                           :     District Court
CORPORATION                                               :
                                                          :     Case No. 08-CV-03500 (NRB)
                                  Appellant,              :
                                                          :
v.                                                        :
                                                          :
DIANA G. ADAMS, UNITED STATES TRUSTEE;                    :
CARVAL INVESTORS, LLC; AND                                :
ASSOCIATION OF FLIGHT ATTENDANTS –                        :
CWA, AFL-CIO,                                             :
                                                          :
                                  Appellees.              :

---------------------------------------------------------- x

WHEREAS, Lazard Frères & Co., LLC ("Lazard"), appellant in the above-

captioned case, has appealed from the February 29, 2008 final judgment of the United States

Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York (the "District Court"); and

WHEREAS, the appeal was entered on the docket of the District Court on April 9, 2008; and

WHEREAS, Lazard has served and filed its appellate brief on May 22, 2008;

WHEREAS, according to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of New York, and stipulations among the parties (Southern District of New York, 08-CV-03456 (NRB) ECF Doc. No. 5 and 08-CV-03500 (NRB) ECF Doc. No. 5), the appellate briefs of the Office of the United States Trustee for the Southern District of New York, CarVal Investors, LLC and the Association of Flight Attendants – CWA, AFL-CIO (collectively referred to as the "Appellees") are due on or before July 3, 2008; and

WHEREAS, this is the United States Trustee's first request for an extension;

IT IS HEREBY STIPULATED AND AGREED, that the Office of the United States Trustee for the Southern District of New York, CarVal Investors, LLC and the Association of Flight Attendants – CWA, AFL-CIO will serve and file their respective briefs in opposition to Lazard's appeal on or before July 16, 2008; and

IT IS HEREBY STIPULATED AND AGREED, that Lazard will serve and file its

reply brief in support of its appellate brief and in opposition to the Appellees' briefs on or before

August 1, 2008.

Dated: New York, New York
       June 27, 2008

DIANA G. ADAMS
OFFICE OF THE UNITED STATES TRUSTEE

By:   *Brian S. Masumot*
                  Brian S. Masumoto (BM-8116)
                  Trial Attorney

                  33 Whitehall Street, 21st Floor
                  New York, NY 10004
                  Telephone: (212) 510-0500
                  Facsimile: (212) 668-2255

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:                              
                  Philip G. Barber (PB-4021)

                  Alan W. Kornberg (AK-0756)
                  1285 Avenue of the Americas
                  New York, New York 10019-6064
                  Telephone: (212) 373-3000
                  Facsimile: (212) 757-3990

                  Attorneys for Lazard Frères Co., LLC, Financial
                  Advisor to the Official Committee of Unsecured
                  Creditors

IT IS HEREBY STIPULATED AND AGREED, that Lazard will serve and file its

reply brief in support of its appellate brief and in opposition to the Appellees' briefs on or before

August 1, 2008.

Dated: New York, New York
      June 26, 2008

                                            DIANA G. ADAMS
                                            OFFICE OF THE UNITED STATES TRUSTEE

By: _____

                                            Brian S. Masumoto (BM-8116)
                                            Trial Attorney

                                            33 Whitehall Street, 21st Floor
                                            New York, NY 10004
                                            Telephone: (212) 510-0500
                                            Facsimile: (212) 668-2255

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

By:    *Philip G Barber*
                                            Philip G. Barber (PB-4021)

                                            Alan W. Kornberg (AK-0756)
                                            1285 Avenue of the Americas
                                            New York, New York 10019-6064
                                            Telephone: (212) 373-3000
                                            Facsimile: (212) 757-3990

                                            Attorneys for Lazard Frères Co., LLC, Financial
                                            Advisor to the Official Committee of Unsecured
                                            Creditors

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.

By:  Scott L. Hazan (SH-0650)

John A. Bougiamas (JB-7292)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for the Official Committee of
Unsecured Creditors of Northwest Airlines, Corp.
et al.

KLESTADT & WINTERS, LLP

By:  _____
Sean C. Southard (SS-2825)

292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for CarVal Investors, LLC

4

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By:    Scott L. Hazan (SH-0650)

John A. Bougiamas (JB-7292)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for the Official Committee of
Unsecured Creditors of Northwest Airlines, Corp.
et al.


KLESTADT & WINTERS, LLP

By:    _____
       Sean C. Southard (SS-2825)

292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245


Attorneys for CarVal Investors, LLC

4

GUERRIERI, EDMOND, CLAYMAN &
BARTOS, P.C.

By: _____
Robert S. Clayman

1625 Massachusetts Ave., N.W., Suite 700
Washington, D.C. 20036-2243
Telephone: (202) 624-7400

Attorneys for the Association of Flight
Attendants – CWA, AFL-CIO


SO ORDERED

Dated: New York, New York
        ___ 3, 2008
        July

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

5